**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CHRISTOPHER ALAN EVERETT**                                      **PLAINTIFF**

**v.**                              **No: 4:22-cv-00053-JM-PSH**

**BARBER,** *et al.*                                             **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris.  No objections have been filed.  After carefully consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      The Order granting Everett's motion for leave to proceed *in forma pauperis* (Doc. No. 4) is VACATED and SET ASIDE, and this case is DISMISSED WITHOUT PREJUDICE.

2.      Everett be given thirty days to reopen the case by paying the $402 filing and administrative fees in full and filing a Motion to Reopen

Dated this 3rd day of May, 2022.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE