IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER ALAN EVERETT**                                                      **PLAINTIFF**

v.                                  No: 4:22-cv-00053-JM-PSH

**BARBER,** *et al.*                                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

Dated this 3rd day of May, 2022.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE